OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W          $ 000.27⁵
0001401623 SEP 18 2015

9/16/2015
BERRIOS, WILLIAM AUGUSTO   Tr. Ct. No. 2009CR5871-W1   WR-83,770-01
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

WILLIAM AUGUSTO BERRIOS
BEXAR COUNTY ADULT - TDC # 0179644 2
200 N. COMAL
SAN ANTONIO, TX 78207